NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3117

SHAWANDA R. MURRY,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. AT1221100381-W-1.

ON MOTION

<u>O R D E R</u>

Shawanda R. Murry moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>MAY 1 7 2010</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Shawanda R. Murry
Jeffrey D. Klingman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 7 2010

JAN HORBALY
CLERK